# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CLAYTON J. MUILENBURG | ) | 3:12-cv-00502-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#21) filed on October 7, 2013, in which the magistrate judge recommends that this court enter an order denying the plaintiff's motion for remand and/or reversal (#17) and granting the defendant's cross-motion for summary judgment (#19). Neither party objected to the report and recommendation. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good

1

cause appearing, the court hereby adopts and accepts the report and recommendation of the United States Magistrate Judge (#21).

In accordance with the foregoing, the plaintiff's motion for remand and/or reversal (#17) is hereby **DENIED** and the defendant's cross-motion for summary judgment (#19) is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED: This 6th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

2